# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONI L. FACER | : | |
| | : | |
| v. | : | C.A. No. 07-438A |
| | : | |
| MICHAEL J. ASTRUE, Commissioner, | : | |
| Social Security Administration | : | |

## JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the plaintiff, Joni L. Facer, against the defendant, Michael J. Astrue, pursuant to the Court's Memorandum and Order dated August 13, 2008, GRANTING the Commissioner's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. Section 405(g). The matter is remanded to the Commissioner for further proceedings.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

August 13, 2008